[No. 8359–4–III. Division Three. April 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ELISEO GARCIA, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 86–1–00047–2, Clinton J. Merritt, J., entered

December 12, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.